

# IN THE
# TENTH COURT OF APPEALS

No. 10-11-00161-CR

**FREEBIRD BAIL BONDS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

From the County Court at Law No. 2
McLennan County, Texas
Trial Court No. 20101161CV1

## MEMORANDUM  OPINION

The trial court entered a default judgment against Davie C. Westmoreland as agent for Allegeheny Casualty Co. d/b/a Freebird Bail Bonds.  Appellant appealed from the default judgment and requested that this Court reverse the default judgment and remand for further proceedings.  The State agreed with Appellant that citation was not properly served and that the default judgment cannot stand.  The State informed this Court that it has no opposition to the requested remedy.  Therefore, we sustain the first issue on appeal.

It is well settled that an appeal from bond-forfeiture proceeding originating in a criminal case is a criminal matter, not a civil matter, with final state-court jurisdiction vested in the Court of Criminal Appeals. *Safety National Casualty Corporation v. State*, 305 S.W.3d 586, 588 (Tex. Crim. App. 2010). Article 44.44 of the Texas Code of Criminal Procedure excludes the application of civil-case fees by the courts of appeals in appeals from criminal bond-forfeiture proceedings. TEX. CODE CRIM. PRO. ANN. art. 44.44 (Vernon 2006); *Safety National Casualty Corporation v. State*, 305 S.W.3d at 590. Therefore, this Court may not charge filing fees in this appeal.

We reverse the default judgment entered by the trial court, and remand the cause for further proceedings.


                                        AL SCOGGINS
                                        Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Reverse and remand
Opinion delivered and filed August 24, 2011
Do not publish
[CR25]